IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS, | ) ) ) | **08 C 1381** |
| Plaintiffs, | ) ) | No. |
| v. | ) ) | |
| AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor), | ) ) ) ) ) ) | **JUDGE MORAN** **MAGISTRATE JUDGE SCHENKIER** |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:**

Defendants/removing parties, METROPOLITAN LIFE INSURANCE COMPANY, incorrectly named as METLIFE (Providers) ("MetLife") and LINDA LANZO (Nurse Care Advisor), incorrectly named as LINDA LANZA (Nurse Care Supervisor) ("Linda Lanzo")(collectively, "defendants/removing parties"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby provide notice of removal pursuant to 28 U.S.C. §1441, *et. seq.*, and respectfully present this Court the following grounds for removal:

1. Defendants/removing parties are two of the named defendants in an action captioned *Bobbie Warren (d/b/a Warren & Associates) & Alicia Lewis v. AARP (Health Care Options) Long-Term Insurance & MetLife (Providers) & Linda Lanza (Nurse Care Advisor)*, No. 08 L 954 pending in the Circuit Court of Cook County, Illinois, Law Division.

2. The aforementioned entitled action was commenced against the defendants in the Circuit Court of Cook County, Illinois, Law Division on January 28, 2008 and is still pending therein.

3. On February 8, 2008, the Summons and Complaint in the aforesaid entitled action were served on defendants/removing parties, MetLife and Linda Lanzo. Copies of the Summons and Complaint, that were, in fact, served on defendants/removing parties in the above entitled action are attached hereto as Exhibits A and B, respectively; this constitutes all of the process, pleadings and orders served on defendants/removing parties.

4. To the knowledge of the defendants/removing parties, defendant, AARP has not yet been served with process in the state court proceeding.

5. Accordingly, defendants/removing parties, MetLife and Linda Lanzo, are required to file their Notice of Removal on or before March 10, 2008 (30 days after service of the Complaint is Sunday, March 9, 2008, thereby making the last date on which removal may be filed as Monday, March 10, 2008). Given that defendants/removing parties have, in fact, filed their Notice of Removal on or before March 10, 2008, the Notice of Removal of defendants/removing parties is presented and filed in a timely manner and in compliance with the provisions of 28 U.S.C. §1446(b).

6. The above entitled action is a civil action related to a "Demand for lifetime liabilities compensation for professional malpractice, abuse and harassment . . .", plus court costs, "Total Amount Due: $12,156,000.00", presumably related to a long-term care insurance policy issued by MetLife to AARP under which one of the plaintiff's may be an insured. In addition, plaintiffs allege in the Complaint four specified causes of action which are: I. Tort, personal abuse/harm, health injuries; suffering; II. Dereliction of professional duties; disservice;

III. Distortion of the truth to Plaintiffs and others; IV. Elimination & reduction of business opportunities. Defendants/removing parties contend, *inter alia*, that the plaintiffs do not qualify for payment of any monies on the basis of any of the allegations made in the Complaint. Defendants contend, therefore, that plaintiffs are not entitled to any of the demanded "Total Amount Due" of $12,156,000.00.

7.     This action is removable pursuant to federal diversity jurisdiction, 28 U.S.C §1332. The plaintiffs, based on that which is stated in the Complaint, are citizens and residents of the State of Illinois; defendant/removing party, MetLife, is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with its principal place of business in New York, New York; MetLife is, therefore, a citizen and resident of the State of New York. Defendant/removing party, Linda Lanzo, is a citizen of the State of Connecticut; Linda Lanzo is, therefore, a citizen and resident of the State of Connecticut. In addition, defendant AARP is a corporation duly organized and existing under and by virtue of the laws of the District of Columbia, with its principal place of business in the District of Columbia; AARP is, therefore, a citizen and resident of the District of Columbia. Accordingly, there is complete diversity among the parties pursuant to 28 U.S.C. §1332.

8.     The amount in controversy in the aforementioned entitled action, exclusive of interest and costs, exceeds $75,000.00 by reason of the fact that the plaintiffs seek a judgment against defendants, in the amount of $12,156,000.00, plus interest and costs. Moreover, plaintiffs seek damages sounding in tort, damages related to fraud ("distortion of the truth"), breach of fiduciary duties ("dereliction of professional duties") and consequential damages ("elimination and reduction of business opportunities"). As a result of the foregoing and in conjunction with plaintiffs' requests for damages, plaintiffs' Complaint, on its face, seeks

3

damages against the defendants/removing parties in an amount in excess of $75,000.00 exclusive of interest and costs. Accordingly, the jurisdictional amount necessary for diversity jurisdiction exists pursuant to 28 U.S.C. §1332.

9. This Court has original jurisdiction of the above entitled action pursuant to 28 U.S.C. §1332 and the action may, therefore, be removed to this Court pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446.

10. Consistent with the holding in *Rubel v. Pfizer, Inc.*, 361 F.3d 1016, 1018 (7th Cir. 2004), it is the good faith belief of defendants/removing parties that the amount in controversy exceeds the jurisdictional amount.

11. This Notice of Removal is filed with this court within 30 days after the service of the Summons and Complaint on defendants/removing parties, MetLife and Linda Lanzo, which occurred on February 8, 2008.

WHEREFORE, defendants/removing parties, METROPOLITAN LIFE INSURANCE COMPANY and LINDA LANZO, request that the above entitled action be removed from the Circuit Court of Cook County, Illinois, Law Division to this Honorable Court.

Dated this 7th day of March, 2008.

                              Respectfully submitted,

Michael J. Smith  
Warren von Schleicher  
Smith, von Schleicher & Associates   By: /s/ Michael J. Smith  
39 S. LaSalle St., Suite 1005               Attorney for Defendants/Removing Parties,  
Chicago, Illinois 60603                      Metropolitan Life Insurance Company and  
(312) 541-0300                              Linda Lanzo  
(312) 541-0933 Fax  
michael.smith@svs-law.com  
warren.vonschleicher@svs-law.com

# EXHIBIT A
# TO REMOVAL PETITION

```
BOBBIE WARREN                              )      No. 2008 L000954
(dba Warren & Assoc.)                      )      CALENDAR / ROOM E
& ALICIA LEWIS                             )      TIME 00:00
     Plaintiffs/Petitioners                )      PI Other
          v.                               )      1/28/01
AARP (Health Care Options)Long-Term Ins)
& METLIFE (Providers);LINDA LANZA (NCA))
     Defendants/Respondents                )
```

### SERVING (or mailing) ADDRESSES

Defendants/Respondents:

1) AARP (Health Care Options)Long-Term Ins. Plan
2) METLIFE (AARP Providers)
3) LINDA LANZA (Nurse Care Advisor)

   57 Greens Farms Road
   Westport, CT 06880

Plaintiffs/Petitioners:

   Bobbie Warren
   Alicia Lewis
   4120 S. Indiana AV - #301
   Chicago, IL 60653-2168

**3 DEFENDANTS pame. address**

**ROUTING & REQUEST**

Please...
- [ ] Read
- [X] Handle
- [ ] Approve

And...
- [ ] Forward
- [ ] Return
- [ ] Keep or Recycle
- [ ] Review with Me

To: Sheriff C. Valentine
Please call anytime if need be.
Immediate response.
Thank you.
(773) 536-2427
From: Bobbie Warren
Date: 2/1/08

A True Copy
Attest Charles M. Valentine Sr.
Connecticut State Marshal
Fairfield County

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

BOBBIE WARREN, dba Warren & Assoc.
& ALICIA LEWIS
─────────────── Plaintiffs/Petitioners

v.

AARP (Health Care Options; Long-Term Ins
METLIFE (Provider); LINDA LANZA (NCA)
     Defendants/Respondents

No. 2008L000954
CALENDAR/ROOM C
TIME 00:00
PI Other

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room _____, _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: _____
Name: BOBBIE WARREN
Atty. for: Pro Se
Address: 4120 S. INDIANA AV - #301
City/State/Zip: CHICAGO, IL 60653-2768
Telephone: (773) 536-2421

WITNESS, JAN 28 2008
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

```
BOBBIE WARREN                          )      No. _____
(dba Warren & Assoc.)                  )
& ALICIA LEWIS                         )
        Plaintiffs/Petitioners         )
                v.                     )
AARP (Health Care Options)Long-Term Ins)
& METLIFE (Providers);LINDA LANZA (NCA))
        Defendants/Respondents         )
```

2008L000954
CALENDAR/ROOM E
TIME 40:00

### SERVING (or mailing) ADDRESSES

Defendants/Respondents:

1) AARP (Health Care Options)Long-Term Ins. Plan
2) METLIFE (AARP Providers)
3) LINDA LANZA (Nurse Care Advisor)

57 Greens Farms Road
Westport, CT 06080

Plaintiffs/Petitioners:

Bobbie Warren
Alicia Lewis
4120 S. Indiana AV - #301
Chicago, IL 60653-2168

*Bobbie Warren*

** 1)

---

2/4/08 **ROUTING & REQUEST**

Please...
☐ Read        To: (3) Defendants:
☐ Handle      - AARP LTC Health Options
☐ Approve     - METLIFE (Providers)
And...        - LINDA LANZA (NCA)
☐ Forward
☐ Return
☑ Keep or Recycle       From: Bobbie Warren
☐ Review with Me        AARP Member NP:
                        Date: 094-41566!

A True Copy
Attest: Charles M. [illegible], Sr.
Connecticut State [illegible]
Fairfield County

7002 2410 0003 9234 6353

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ _____ DIVISION

(Name all parties)
BOBBIE WARREN, dba Warren & Assoc.
& ALICIA LEWIS
                Plaintiffs/Petitioners

2008L000954
CALENDAR/ROOM F
TIME 00:00
01 Other

v.

AARP (Health Care Options; Long Term Ins.
METLIFE (Provider); LINDA LANZA(NCA)
                Defendant.s/Respondents

No. _____

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS: DORO... JAN 28 2008

Clerk of Court

Name: BOBBIE WARREN
Atty. for: PRO SE
Address: 4120 S. WINONA AV #301
City/State/Zip: CHICAGO, IL 60653-2168
Telephone: (773) 536-2427

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

```
BOBBIE WARREN              )      No. _____
(dba Warren & Assoc.)      )
& ALICIA LEWIS             )
    Plaintiffs/Petitioners )
         v.                )
AARP (Health Care Options)Long-Term Ins)
& METLIFE (Providers);LINDA LANZA (NCA))
    Defendants/Respondents )
```

SERVING (or mailing) ADDRESSES

Defendants/Respondents:

1) AARP (Health Care Options)Long-Term Ins. Plan
2) METLIFE (AARP Providers)
3) LINDA LANZA (Nurse Care Advisor)

   57 Greens Farms Road
   Westport, CT 06880

Plaintiffs/Petitioners:

   Bobbie Warren
   Alicia Lewis
   4120 S. Indiana AV - #301
   Chicago, IL 60653-2168

*Bobbie Warren* (signature)

[Attest stamp: True Copy, Charles M. Valentine, Sr., Connecticut State Marshal, Fairfield County]

7002 2410 0003 9234 6553

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-75M-2/28/05 (43480658) |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ _____ DIVISION

(Name all parties)

BOBBIE WARREN, dba Warren & Assoc.
& ALICIA LEWIS
Plaintiffs/Petitioners
v.
AARP (Healthy Care Options; Long-Term Ins)
METLIFE (Provider); LINDA LANZA (NCA)
Defendants/Respondents

No. _____

2008L000954
CALENDAR/ROOM E
TIME 00:00
DI Bench

## SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie         ☐ District 3 - Rolling Meadows    ☐ District 4 - Maywood
5600 Old Orchard Rd.            2121 Euclid                       1500 Maybrook Ave.
Skokie, IL 60077                Rolling Meadows, IL 60008         Maywood, IL 60153

☐ District 5 - Bridgeview     ☐ District 6 - Markham            ☐ Child Support
10220 S. 76th Ave.              16501 S. Kedzie Pkwy.             28 North Clark St., Room 200
Bridgeview, IL 60455            Markham, IL 60426                 Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: _____
Name: BOBBIE WARREN
Atty. for: Pro Se
Address: 4720 S. INDIANA AV #301
City/State/Zip: CHICAGO, IL 60653-4163
Telephone: (773) 536-2427

WITNESS, JAN 30 2008
DOROTHY BROWN
CLERK
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT B
# TO REMOVAL PETITION

```
BOBBIE WARREN, Pltf./Petr.      )    No._____
(dba Warren & Assoc's.)         )
& ALICIA LEWIS                  )
      Plaintiffs/Petitioners    )
            v.                  )
- AARP (Health Care Options)(LONG-TERM)
- METLIFE (Provider)            (INS.)
- LINDA LANZA (Nurse Care Advi'r))    Calendar _____
      Defendants/Respondents    )
                                )
```

## COMPLAINT

This matter coming before the Court on Complaints of the Plaintiffs/Petitioners regarding inflictions caused by the Defendants/Respondents upon Plaintiffs/Petitioners involving:

I. Tort; personal abuse/harm; health injuries; suffering;

II. Dereliction of professional duties; disservice;

III. Distortion of the truth to Plaintiffs & others;

IV. Elimination & reduction of business opportunities.

(Attachment for compensation) B.W.

*Bobbie Warren*
Bobbie Warren
Plaintiff/Petitioner

(ATTACHMENT to COMPLAINT)            Circuit Court/Cook Co., IL
                                          CASE NO. 2008 L000954
                                          CALENDAR/ROOM E
                                          TIME 00:00
                                          PI Other
                                          1/28/08

**DEMAND FOR LIFETIME-LIABILITIES COMPENSATION FOR PROFESSIONAL MALPRACTICE, ABUSE & HARASSMENT TO BE PAID WITHIN 60 DAYS, plus ALL COURT COSTS.**

Total Amount Due: **$12,156,000.00**

To be paid by the Defendants/Respondents (attached) Case No. 2008 L000954. To be paid to Plaintiff/Petitioner:

Bobbie Warren
AARP Member #0944156671
4120 South Indiana AV (#301)
Chicago, Illinois 60653-2168

*/s/ Bobbie Warren*
BOBBIE WARREN
AARP Member #0944156671