FILED
MARCH 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS, | ) ) ) ) | **08 C 1381** |
| Plaintiffs, | ) ) | No. |
| v. | ) ) ) | |
| AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor), | ) ) ) ) ) ) | **JUDGE MORAN MAGISTRATE JUDGE SCHENKIER** |
| Defendants. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To:  Ms. Bobbie Warren            Alicia Lewis                  Clerk of the Circuit Court of
     4120 S. Indiana Ave., #301   1312 S. Finley Re. #1N        Cook County, Illinois
     Chicago, Illinois  60653     Lombard, IL  60148            Richard J. Daley Center
                                                                Chicago, Illinois  60602

     AARP
     601 E Street, NW
     Washington, D.C.  20049

PLEASE TAKE NOTICE that on this 7th day of March, 2008, METROPOLITAN LIFE INSURANCE COMPANY and LINDA LANZO, defendants in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois, Eastern Division.

You are also advised that defendant, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, also filed a copy thereof with the Clerk of the Circuit Court of Cook County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith                              By: /s/ Michael J. Smith_____
Warren von Schleicher                              Attorney for Defendants, Metropolitan Life
Smith, von Schleicher & Associates                 Insurance Company and Linda Lanzo
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300