**EDA**

**FILED**
**MARCH 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1381**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case Number:

BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS v.
AARP (Health Care Options) LONG-TERM CARE INS.,
METLIFE (Provider) & LINDA LANZA (Nurse Care Advisor)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Metropolitan Life Insurance Company, incorrectly named as MetLife (Provider)

Linda Lanzo, incorrectly named as Linda Lanza (Nurse Care Advisor)

| NAME (Type or print) |
| --- |
| Michael J. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael J. Smith |
| FIRM |
| Smith, von Schleicher & Associates |
| STREET ADDRESS |
| 39 S. LaSalle St., Suite 1005 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2649691 | 312-541-0300 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**JUDGE MORAN**
**MAGISTRATE JUDGE SCHENKIER**