**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS,** | ) ) ) | |
| Plaintiffs, | ) ) | No.   08 C 1381 |
| v. | ) ) ) | Judge Moran |
| **AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor),** | ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**MOTION FOR ADDITIONAL TIME WITHIN
WHICH TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendants, METROPOLITAN LIFE INSURANCE COMPANY, incorrectly named as METLIFE (Providers) ("MetLife") and LINDA LANZO (Nurse Care Advisor), incorrectly named as LINDA LANZA (Nurse Care Supervisor) ("Linda Lanzo")(collectively, "defendants"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Motion for Additional Time within which to Answer or Otherwise Plead to the Complaint, and in support hereof, state as follows:

1.      Plaintiffs, Bobbie Warren (d/b/a Warren & Associates) and Alicia Lewis (collectively "plaintiffs"), filed their Complaint on January 28, 2008 in the Circuit Court of Cook County, Illinois, Law Division.   Defendants, MetLife and Linda Lanzo, were thereafter served with the Summons and Complaint on February 8, 2008.  On March 7, 2008, defendants filed their timely Removal of a Civil Action thereby causing the matter to be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

2. To the knowledge of defendants, MetLife and Linda Lanzo, defendant, AARP has not yet been served with process.

3. This is a civil action related to a "Demand for lifetime liabilities compensation for professional malpractice, abuse and harassment . . .", plus court costs, "Total Amount Due: $12,156,000.00", presumably related to a long-term care insurance policy issued by MetLife to AARP under which one of the plaintiff's may be an insured. In addition, plaintiffs allege in the Complaint four specified causes of action which are: I. Tort, personal abuse/harm, health injuries; suffering; II. Dereliction of professional duties; disservice; III. Distortion of the truth to Plaintiffs and others; IV. Elimination & reduction of business opportunities. Defendants, MetLife and Linda Lanzo contend, *inter alia*, that the plaintiffs do not qualify for payment of any monies on the basis of any of the allegations made in the Complaint. Defendants contend, therefore, that plaintiffs are not entitled to any of the demanded "Total Amount Due" of $12,156,000.00.

4. By reason of defendants' removal of plaintiff's Complaint to the United States District Court for the Northern District of Illinois, Eastern Division on March 7, 2008, defendants, MetLife and Linda Lanzo, are required to answer or otherwise plead to the Complaint by March 14, 2008.

5. Defendants hereby request that they be given 28 days, or until April 11, 2008, in which to answer or otherwise plead to the Complaint.

6. This motion has been filed for legitimate reasons and not for purposes of delay. No party will be prejudiced by the granting of this motion.

WHEREFORE, defendants, METROPOLITAN LIFE INSURANCE COMPANY and LINDA LANZO, respectfully request that the court enter an order granting this Motion for Additional Time within which to Answer or Otherwise Plead to the Complaint and grant the relief requested herein.

                                                      Respectfully submitted,

Michael J. Smith  
Warren von Schleicher               By:   /s/ Michael J. Smith_____  
Smith, von Schleicher & Associates      Attorney for Defendants, Metropolitan Life  
39 S. LaSalle St., Suite 1005             Insurance Company and Linda Lanzo  
Chicago, Illinois 60603  
(312) 541-0300

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
Alicia Lewis
4120 S. Indiana Ave., #301
Chicago, Illinois 60653

        Respectfully submitted,

        /s/ Michael J. Smith

        Smith, von Schleicher & Associates
        39 S. LaSalle St., Suite 1005
        Chicago, Illinois 60603
        (312) 541-0300
        (312) 541-0933 Facsimile
        E-Mail: michael.smith@svs-law.com
        ARDC #2649691