IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBIE WARREN (d/b/a Warren &  Associates) & ALICIA LEWIS,** | ) ) ) | |
| Plaintiffs, | ) ) | No.    08 C 1381 |
| v. | ) ) ) | Judge Moran |
| **AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor),** | ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    See Certificate of Service

    PLEASE TAKE NOTICE that on the 18th day of March, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran, or whomever may be sitting in his stead, in Room 1843 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint**, at which time and place you may appear if you see fit.

                                   Respectfully submitted,

| | |
|---|---|
| Michael J. Smith | By:  /s/ Michael J. Smith |
| Warren von Schleicher | Attorney for Defendants, Metropolitan Life Insurance |
| Smith, von Schleicher & Associates | Company and Linda Lanzo |
| 39 S. LaSalle St., Suite 1005 | |
| Chicago, IL 60603 | |
| (312) 541-0300 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
Alicia Lewis
4120 S. Indiana Ave., #301
Chicago, Illinois  60653

                Respectfully submitted,

                /s/ Michael J. Smith

                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                E-Mail:  michael.smith@svs-law.com
                ARDC #2649691