UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Bobbie Warren, et al.

                                   Plaintiff,

v.                                                Case No.:
                                                        1:08−cv−01381

                                                        Honorable James
                                                        B. Moran

AARP (Health Care Options) Long−Term Insurance &
Metlife (Providers), et al.

                                   Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Defendants' motion for additional time within which to answer or otherwise plead to the complaint to and including 4/11/2008 [6] is granted. Motion hearing held on 3/18/2008 regarding extension of time[6]. Mailed notice(ldg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.