BOBBIE WARREN, Pltf./Petr.  )  No. _____
(dba Warren & Assoc's.)     )
& ALICIA LEWIS              )
   Plaintiffs/Petitioners )
   v.                    )    2008 000954
- AARP (Health Care Options Longterm) )   CALENDAR/ROOM E
                  Ins. )
- METLIFE (Provider)        )
- LINDA LANZA (Nurse Care Advi'r) )  Calendar
   Defendants/Respondents )
                            )

## COMPLAINT

This matter coming before the Court on Complaints of the Plaintiffs/Petitioners regarding inflictions caused by the Defendants/Respondents upon Plaintiffs/Petitioners involving:

   I. Tort; personal abuse/harm; health injuries; suffering;

   II. Dereliction of professional duties; disservice;

   III. Distortion of the truth to Plaintiffs & others;

   IV. Elimination & reduction of business opportunities.

(Attachments for Compensation) B.W.

_Bobbie Warren_
Bobbie Warren
Plaintiff/Petitioner

(ATTACHMENT to COMPLAINT)   Circuit Court/Cook Co., IL
CASE NO. 2008 L000954
CALENDAR/ROOM E
TIME 00:00
PI, Other
1/28/08

**DEMAND FOR LIFETIME-LIABILITIES COMPENSATION
FOR PROFESSIONAL MALPRACTICE, ABUSE & HARASSMENT
TO BE PAID WITHIN 60 DAYS, plus ALL COURT COSTS.**

Total Amount Due: $12,156,000.00

To be paid by the Defendants/Respondents (attached)
Case No. 2008 L000954. To be paid to Plaintiff/
Petitioner:

Bobbie Warren
AARP Member #0944156671
4120 South Indiana AV (#301)
Chicago, Illinois 60653-2168

*[signature: Bobbie Warren]*
BOBBIE WARREN
AARP Member #0944156671