# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS,** )<br>)<br>) | |
| Plaintiffs,        ) | No.    08 C 1381 |
| )<br>v.                    )<br>) | Judge Moran |
| **AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor),** )<br>)<br>)<br>)<br>) | Magistrate Judge Schenkier |
| Defendants.        ) | |

## NOTICE OF MOTION

To:    See Certificate of Service

PLEASE TAKE NOTICE that on the 16th day of April, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran, or whomever may be sitting in his stead, in Room 1843 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **METLIFE'S AND LINDA LANZO'S MOTION TO DISMISS THE COMPLAINT**, at which time and place you may appear if you see fit.

                                        Respectfully submitted,


Michael J. Smith                    By:  /s/ Michael J. Smith
Warren von Schleicher                    Attorney for Defendants, Metropolitan Life Insurance
Smith, von Schleicher & Associates       Company and Linda Lanzo
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
Alicia Lewis
4120 S. Indiana Ave., #301
Chicago, Illinois 60653

                        Respectfully submitted,

                        /s/ Michael J. Smith

                        Smith, von Schleicher & Associates
                        39 S. LaSalle St., Suite 1005
                        Chicago, Illinois 60603
                        (312) 541-0300
                        (312) 541-0933 Facsimile
                        E-Mail:  michael.smith@svs-law.com
                        ARDC #2649691