

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Bobbie Warren
(Please print)

STREET ADDRESS: 4120 S. Indiana AV—301

CITY/STATE/ZIP: Chicago, IL 60653-2168

PHONE NUMBER: (773) 536-2427

CASE NUMBER: 1:08-cv-01381
Honorable James B. Moran

Signature: Bobbie Warren

Date: 4/10/08

FILED
APR 1 5 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT