## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1381 | **DATE** | 4/16/2008 |
| **CASE TITLE** | BOBBIE WARREN, et al vs. AARP, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Metlife's and Linda Lanzo's motion to dismiss the complaint [10] is granted.  Case is dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|