Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1381 | DATE | 5/23/2008 |
| CASE TITLE | BOBBIE WARREN vs. AARP, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. We amend the dismissal to make it explicit that it is without prejudice, and to authorize plaintiff to file an amended complaint within 30 days. We suggest to plaintiff that she visit the people in the Clerk's office on the 20th floor of this building, who provide assistance to pro se parties. She has to do far more than she has done so far to properly allege claims against these defendants, but she is entitled to explain whether or not she can appropriately do so.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|