**FILED**

JUL 1 0 2008 **TC**
Jul 10, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Plaintiff(s)**

BOBBIE WARREN

**Case No.**    08 C 1381

**V.**

**Defendant(s)**

AARP et al

**ADDRESS CHANGE**
(Effective as of 7/5/08)

Change To:    Bobbie Warren
c/o Alicia Lewis
1312 S. Finley Rd. - Apt. 1-N
Lombard, IL 60148 - 4342

(From: 4120 S. Indiana AV - Apt. 301
Chicago, IL, 60653 - 2168)

Bobbie Warren
(7/8/08)

(mailed to:)
Michael W. Dobbins, Clerk (20th Floor)
US Dist. Court - 219 S. Dearborn
Chicago, IL