IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **BOBBIE WARREN,** | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | 08 C 1381 |
| | ) | | |
| v. | ) | | |
| | ) | Judge Moran | |
| **AARP et al.** | ) | | |
| | ) | Magistrate Judge Schenkier | |
| **Defendants.** | ) | | |
| | ) | | |

**MOTION FOR ADDITIONAL TIME TO ANSWER
OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT**

Defendants, METROPOLITAN LIFE INSURANCE COMPANY, incorrectly named in the Complaint as METLIFE (Providers) ("MetLife") and LINDA LANZO (Nurse Care Advisor), incorrectly named as LINDA LANZA (Nurse Care Supervisor) ("Linda Lanzo") (collectively, "defendants"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Motion for Additional Time to Answer or Otherwise Plead to the Amended Complaint, and in support hereof, state as follows:

1.      Plaintiff, Bobbie Warren ("plaintiff") filed her initial Complaint in the Circuit Court of Cook County on January 28, 2008.  Defendants, MetLife and Linda Lanzo, were served with the Summons and Complaint on February 8, 2008.  On March 7, 2008, defendants filed their timely Removal of a Civil Action resulting in the removal of this lawsuit to the United States District Court for the Northern District of Illinois, Eastern Division.

2.      On April 16, 2008 the court entered an Order dismissing the Complaint.  However, on May 23, 2008, this court clarified its April 16, 2008 Order, and explicitly stated that the April 16, 2008 dismissal was without prejudice and provided Bobbie Warren 30 days, from May 23, 2008 to file an Amended Complaint.  The court suggested that plaintiff visit the

Clerk's office to receive assistance in filing a proper complaint.

     3.    Bobbie Warren filed what purports to be an Amended Complaint on June 20, 2008. The Amended Complaint names defendants as "AARP et al."

     4.    The Amended Complaint appears to be a letter to the court, offering clarification to the Complaint.

     5.    MetLife and Linda Lanzo request an additional 14 days, or until July 28, 2008, to answer or otherwise plead to the Amended Complaint.

     6.    This motion has been filed for legitimate reasons and not for purposes of delay. No party will be prejudiced by the granting of this motion.

WHEREFORE, defendants, METROPOLITAN LIFE INSURANCE COMPANY and LINDA LANZO, respectfully request that the court enter an order granting this Motion for Additional Time to Answer or Otherwise Plead to the Amended Complaint.

                                      Respectfully submitted,

Michael J. Smith  
Warren von Schleicher                   By:  __/s/ Michael J. Smith_____  
Smith, von Schleicher & Associates          Attorney for Defendants, Metropolitan Life  
39 S. LaSalle St., Suite 1005                  Insurance Company and Linda Lanzo  
Chicago, Illinois 60603  
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
4120 S. Indiana Ave., #301
Chicago, Illinois  60653

                Respectfully submitted,

                /s/ Michael J. Smith

                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                E-Mail:  michael.smith@svs-law.com
                ARDC #2649691