MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
BOBBIE WARREN

v.

AARP, et al
Defendant(s)

Case No. 08C1381

Judge Moran

FILED
7-21-2008
JUL 2 1 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

OBJECTION
Re: Defendants' Pending Motion

    The Defendants have already had sufficient time to answer the complaints of the Plaintiff (Bobbie Warren), if their intentions were to be "fair," "trustworthy," and "respectful." It does not appear that was their intention at all, due to their:

    1) <u>Filing Motion of Removal</u>; making sure the court did not hear my complaints;

    2) <u>Causing dismissal</u>, prior to my appearance in:
- Federal Court on May 21, 2008
- Circuit Court on May 22, 2008,
minus the Defendants' presence or representation showing further disrespect to this case.

    3) Defendants' <u>request for more time…</u>, delaying court procedures, causing more suffering and damage to myself and my family.

    I pray for resolution of this case at this honorable court's discretion, considering my health, inconvenience, and handicaps regarding traveling, i.e. walking etc. Also, the fact that all referrals submitted to me have been contacted, advice adhered to, and I am still in this dangerous and challenging position of having to act, pro se.

Respectfully,

Bobbie Warren

Bobbie Warren, (Plaintiff)
1312 S. Finley Rd. Apt. 1N
Lombard, IL 60148
Phone: (630) 792-1319
(C/o A. LEWIS)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Bobbie Warren
**PLAINTIFF**

VS.

AARP, et al
**DEFENDANT**

CASE NO. 08C1381
JUDGE JAMES MORAN

## PROOF OF SERVICE

TO: AARP, et al

TO: Met Life (LTC providers)

TO: LINDA LANZO (Manager)

I, the undersigned (plaintiff / defendant), certify that on the 21 day of July, 2008, I served a copy of this OBJECTION/MOTION TO PENDING to each person whom it is directed by way of FAX

Name Bobbie Warren
Address 1312 S. Finley Rd - Apt. 1-N (c/o A. LEWIS)
City/Zip Lombard, IL (60148)
Telephone (630) 792-1319