UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bobbie Warren, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−01381
                                                    Honorable James B. Moran

AARP (Health Care Options) Long−Term Insurance &
Metlife (Providers), et al.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

MINUTE entry before the Honorable James B. Moran:Defendants motion for additional time to answer or otherwise plead to the amended complaint [18] is granted. Defendants will file a motion to dismiss by 7/28/2008. Plaintiff's response to motion to dismiss to be filed by 8/18/2008. Defendants reply to be filed by 9/2/2008. Motion hearing held on 7/23/2008 regarding extension of time [18]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.