## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBIE WARREN (d/b/a Warren & Associates) & ALICIA LEWIS,** | ) ) ) | |
| **Plaintiffs,** | ) ) | No.   08 C 1381 |
| v. | ) ) ) | Judge Moran |
| **AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor),** | ) ) ) ) ) | Magistrate Judge Schenkier |
| **Defendants.** | ) ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on the 12th day of August, 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran, or whomever may be sitting in his stead, in Room 1843 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **METLIFE'S AND LINDA LANZO'S MOTION TO DISMISS THE AMENDED COMPLAINT**, at which time and place you may appear if you see fit.

Respectfully submitted,

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, IL 60603
(312) 541-0300

By: /s/ Warren von Schleicher
Attorney for Defendants, Metropolitan Life Insurance Company and Linda Lanzo

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
1312 S. Finley Rd. – Apt. 1-N
Lombard, IL 60148-4342

                              Respectfully submitted,

                              /s/ Warren von Schleicher

                              Smith, von Schleicher & Associates
                              39 S. LaSalle St., Suite 1005
                              Chicago, Illinois  60603
                              (312) 541-0300
                              (312) 541-0933 Facsimile
                              E-Mail: warren.vonschleicher@svs-law.com
                              ARDC #6197189