

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)   )
BOBBIE WARREN  )      08cv1381
               )      Case No. 08C1381
v.             )
               )      JUDGE MORAN
AARP, et al.   )
Defendant(s)   )

FILED
AUG 12 2008 RC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### 2nd OBJECTION
### TO DEFENDANTS MOTION TO
### DISMISS THE AMENDED COMPLAINT

Defendants have not answered Complaints. Instead, they are continuing their attempts to place me in the defensive position. But facts and truths speak for themselves.

Honoring Judge Moran's July 23, 2008 commentary, notarized affidavits and references are offered. (ATTACHMENTS 1 thru 8)

1. "…. it does not appear Warren has accomplished service upon AARP."

RESPONSE: Kindly refer to the attached proof of service by the certified mail receipt; $75 fee paid to Sheriff Charles Valentino as instructed by the Court Clerk and Sheriff Valentino by telephone. (ATTACHMENT 1)

2. "… Warren's Amended Complaint fails to provide fair notice of the nature of the claims asserted that purportedly gives rise to those claims."

RESPONSE: Kindly refer to the Amended Complaint, (page 2;item 2):

"All I asked the service provider to do was to 'put in writing' what the outside-agency contractor was to assess prior to the visit in my home for my doctor's collaboration. It would have avoided unnecessary confusion and so much of the pain and suffering I am enduring by their unfair denial of the benefits I am due," continuing to cause elevation of damages/injuries to my thumbs, sciatic nerve condition, mobility, pain, not having adequate assistance taking care of myself. Two of my daughters are disabled; two have

dependents and work two jobs. I am over-challenged when I am alone, burned preparing food for myself several times. Due to my handicapped thumbs and hands things are dropped often. Being off-balanced has caused falls. Kitchens and bathrooms are nightmares for me without adequate assistance. I am becoming almost bedridden, spending most of my time in bed due to swelling of my feet/legs, pain and burning.

Counselors' insinuations relating to my attempts to deceive could not be farther from the truth. Although Ms. Lanzo told me Dr. Buyer had not provided enough information, I am not knowledgeable of any additional documentation they requested from him.

Following a phone call from a woman with a very heavy accent identifying herself as a contracted representative, another woman phoned introducing herself as "the manager" (MetLife) responding to my request for written stipulations collaborating with Dr. Buyer. She said:
"Oh, he has nothing to do with this."

I told her he is authorized to interact with health care providers before they render services to me.

RE: SUPPORT ALLEGATIONS

Kindly refer to Affidavit 3, Francis Agbejimi, Social Services/Security Supervisor, Community Care Center.

CONCERNING DISSERVICE:

Initiating the application process, Ms. Lanzo asked what's wrong with me. I told her I was off-balanced, having a hard time walking and taking care of myself. She stated:
"You can use a walker."
I told her my doctor prescribed physical therapy (PT) and I want to keep on walking. Ms. Lanzo said:
"Medicare can pay for that."
No response from her when I informed her of the therapist's

-3-

remarks during his home-visit diagnosis: Medicare will not pay for physical therapy prescribed by Dr. Buyer for stretching, massages, etcetera, unless it is performed at the clinic.

Continuance of the application process was delayed until I told her sciatic nerve problems were diagnosed. Then, she asked for Dr. Buyer's phone number although we communicated with her more than three years ago. During the second interview she was hostile, impatient with my requests; annoyed when I told her my doctor, family and I could manage my health care and I am knowledgeable concerning available community services.

 Further, as to AARP/MetLife's "Concurrent Review" by Linda Lanzo, validity of that review is questionable. (Refer to affidavit of Richard Garcia, Attachment 2)

 Regarding counselors' accusations: "Warren" attempts to manufacture tort claims….", dictionaries are resources for cross-referencing "tort" with words effectuating my claims.

 Again, "facts and truths speak for themselves." Kindly consider the attached references offered as character and integrity testaments. Additionally, a former City of Chicago Mayor can witness to my trustworthiness during my services as a Court Reporter-Social Research Analyst, documenting confidential, special hearings for the City of Chicago and the federal government's General Accounting Office audits, commissioned by former Mayor, Richard J. Daley (deceased).

 Quoting from defendants' second Motion to Dismiss:

4.  "…a complaint requires more than labels and conclusions." "Rather, a complaint must contain sufficient factual allegations 'to raise a right to relief above the speculative level'."

Refer to the Amended Complaint attachment of Linda Lanzo's benefits termination letter, as well as affidavits of Richard Garcia and Francis Agbejimi (Attachments 2 and 3).

-4-

    Please accept facts and truths presented against these defendants. Counselors' assertions raise my objections higher against the defendants' efforts to dismiss this case a second time. Also, regarding counselors' request for an order of a second visit to pro se attorneys, I believe the court is aware of my first visit, authorized by this court, and the results.

    I shall remain respectful.

*Bobbie Warren*
Bobbie Warren
Plaintiff
c/o Alicia Lewis
1312 S. Finley Rd.
    (Apt. 1-N)
Lombard, Illinois 60148
  Phone: (630)792-1319

-5-

## ATTACHMENTS

1. Proof of Service

2. Affidavit (Richard Garcia)

3. Affidavit (Francis Agbejimi)

4. University of Chicago (Urban Development)
   (Community leadership opinion session)

5. Federal Plan (Housing & Urban Development Committee)

6. Economic Empowerment - Affordable Housing
   (for Tabernacle Foundation Outreach)

7. Construction Teamsters Trust Funds
   (Security, Training & Upgrading, Vacation)

8. Reference from Associate Judge Edward D. Smith
   State of Illinois, Circuit Court, Twelfth
   Judicial District

**ATTACHMENT 1**

---

**Thanks For Using Your Neighborhood CURRENCY EXCHANGE**

NEW 35TH & INDIANA CURRENCY EXCHANGE INC.

STATE REGULATED

CHECKS CASHED • GAS, LIGHT, PHONE & WATER BILLS ACCEPTED FOR PAYMENT • NOTARY PUBLIC
AUTO LICENSE SERVICE

126 EAST 35TH STREET - CHICAGO, ILLINOIS 60616
PHONE: (312) 225-8722
NO RECOURSE IF LOST IN BLANK

BANCO POPULAR NORTH AMERICA
CHICAGO, ILLINOIS
70-0445/719

No. 063011

02/04/2008

PAY TO THE ORDER OF _Sheriff Charles Valentino_    $75.00

Seventy Five And 0/100 U.S. Dollars

Printed In Blank - No Refund If Lost Or Stolen Not Valid Over $80 * Fee $0.75 #63011 MR

NON-NEGOTIABLE

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
SHERIFF CHARLES VALENTINO
CONNECTICUT STATE MARSHALL
2326 E. MAIN ST.
BRIDGEPORT, CONNECTICUT
(06610)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _LACC_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Luis Colon
C. Date of Delivery: 2/7/08
D. Is delivery address different from Item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0001 0736 2014

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

```
BOBBIE WARREN                          )      No. 2008 L000054
   (dba Warren & Assoc.)               )         CALENDAR/ROOM E
& ALICIA LEWIS                         )         TIME 00:00
      Plaintiffs/Petitioners           )         PI Other
             v.                        )
AARP (Health Care Options);            )
& METLIFE (Providers);LINDA LANZA (NCA))
      Defendants/Respondents           )
```

## AFFIDAVIT

I, RICHARD GARCIA, Registered Nurse Supervisor, Community Care Center, 4314 S. Wabash AV, Chicago, IL 60653-3119, hereby affirm that Bobbie Warren was a patient-resident at Community Care Center during Oct. 2007-Dec. 2007.

Shortly before the Thanksgiving holiday, a phone call was received on the patient-resident's telephone in the lobby by the nurses station, 2nd floor, Assisted Living, for Ms. Warren. She was summoned by a Certified Nurse Assistant and spoke loud, angrily, becoming very upset. She told me the caller was Linda Lanza, METLIFE employee, an AARP representative who was not supposed to be calling her at all; they had harassed her; said Ms. Lanza spoke rudely to her, saying:

> "The nurses up there say they are
> not doing anything for you."

I assured her no one told anyone such a falsification; we are bound by a confidentiality code and no one would give information about a resident at this facility inappropriately. Ms. Warren asked that no calls be referred to her at all to avoid further harassment. We complied with her request.

RICHARD GARCIA
Registered Nurse Supervisor
Community Care Center

OFFICIAL SEAL
DENISE MARTIN PEOPLES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/01/09

1-11-08

ATTACHMENT 3

| | |
|---|---|
| BOBBIE WARREN (dba) Warren & Assoc.) | No. 2008 L000954 |
| & ALICIA LEWIS                       ) | CALENDAR/ROOM E |
| Plaintiffs/Petitioners) | TIME 00:00 |
|                                      ) | OI Other |
| v.                                   ) | 1/28/08 |
| - AARP (Health Care Options);        ) | |
| - METLIFE (Provider-LTC);            ) | |
| - LINDA LANZA (Nurse Care Adv'r.)    ) | |
| Defendants/Respondents ) | |

### AFFIDAVIT

I, FRANCIS AGBEJIMI, Social Services Department/ (FRANCIS AGBEJIMI)/Security Supervisor, Community Care Center, 4314 S. Wabash AV, Chicago, IL 60653-3119, hereby affirm that Ms. Bobbie Warren was a patient-resident at Community Care Center during Oct. 2007-Dec. 2007.

Shortly before the Christmas Holiday, after discussing out-patient physical therapy (PT) needed for her care at another facility, we initiated procedures to transfer her, routinely back-and-forth, after the holidays. Her residence here ended prior to that time.

FRANCIS AGBEJIMI
Social Services Dept.

NOTARY CERTIFICATION

OFFICIAL SEAL
DENISE MARTIN PEOPLES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/01/09

DATE: 2/11/08

# SURVEY RESEARCH LABORATORY

| CHICAGO OFFICE | | URBANA OFFICE |
|---|---|---|
| 412 South Peoria, Sixth Floor, M/C 336 | | 909 West Oregon, Suite 300, MC-036 |
| Chicago, Illinois 60607-7069 | | Urbana, Illinois 61801-3327 |
| (312) 996-5300  Fax: (312) 996-3358 | | (217) 333-4273  Fax: (217) 244-4408 |
| E-mail: info@srl.uic.edu | | E-mail: info@srl.uic.edu |
| http://www.srl.uic.edu | | http://www.srl.uic.edu |



October 18, 2005


Bobbie Warren
Warren Publishing Co.
4120 S. Indiana Ave. Apt. 301
Chicago, IL  60668


Dear Bobbie Warren:

Thank you for your interest in the focus group discussion about public housing issues and the changes in the neighborhood surrounding the Ida B. Wells development.  The group will be held at the Survey Research Laboratory at 412 S. Peoria, 6th floor on Tuesday, October 25th from noon to 2 p.m.  In appreciation for your participation, you will receive a $50 gift certificate to a local restaurant. Please remember that we will be serving lunch during the group.

This research is being conducted by The University of Illinois at Chicago on behalf of the Urban Institute in Washington, DC. We will be asking questions about your experiences as a leader in the neighborhood.  Your name and the name of your organization will be kept confidential and will not be linked with any of your comments.

We are looking forward to hearing your opinions and ideas. Thank you so much for your participation in this important study.



Sincerely,

Lori Harmon
Project Coordinator
(312)996-6475


8/18/05, Version #1

Federal Plan Questionnaire

Name/Organization/Address (optional).

BOBBIE WARREN (MS.)
TABERNACLE FOUNDATION OUTREACH
4120 SOUTH INDIANA AVENUE (#301)
CHICAGO, IL
(60653)

Describe the geographical category and type of organization you represent.

<u>Geographical Category</u>

<u>X</u>  Large metropolitan area

___  Moderate to medium area

___  Rural area

___  Other

<u>Type of Organization</u>

<u>X</u>  Service provider

___  Advocacy organization

___  City/county government

___  State government

___  Federal government

___  Other

### Part I: Recommendations to Break the Existing Cycle of Homelessness and Prevent Future Homelessness

(1) My recommendations for improving, streamlining and/or consolidating existing programs designed to assist homeless individuals and/or families are as follows:

Involve more input from affected communities.

Solicit ideas for job development from community representatives on all
 levels. There are innovative ideas that would work within that particular
 community and the people who reside within that community know what is needed
 to train, motivate, and stabilize job opportunities within their area; they
 also understand the negative factors that must be considered.

Less administrative agency control from agencies that are not located
 within the affected areas so that job opportunities and funds are not wasted
 and will benefit the people who are suffering from poverty -- homelessness, etc.

(2) My recommendations for redirecting existing funding streams in order to strengthen linkages between housing, support, and education services are as follows:

<u>More coordination between existing funding streams in all of the above areas that involve planning ideas from the affected community representatives</u>, minus a lot of studies which cost a lot; community residents often have answers that outsiders find it necessary to conduct studies to find out the most minor problems that do not lead toward solutions, most of the time.

<u>More community control</u>, that is carefully monitored from authoritative agencies, ON ALL LEVELS, FROM THE BOARD ROOM TO THE RECEPTION AREA WHERE DISCRIMINATION AND PREJUDICES OFTEN EXIST!

(3) My recommendations for promoting coordination and cooperation among grantees, local housing and support service providers, school districts and advocates for homeless individuals are as follows:

More community representatives involved on all levels who are qualified to lend viable input. Major assistance in preparing paperwork which may be necessary to qualify for grants and less "red tape" that is often rediculous, and financially wasteful.

More community input from specially designed committee participation in selecting grantees within the affected communities. Often times, funding is provided to agencies which are already self-sustaining and community residents are not hired to work within those areas due to racial discrimination.

(4) My recommendations for encouraging and supporting creative approaches and cost-effective local efforts to break the cycle of existing homelessness and prevent future homelessness, including tying current homeless assistance programs to permanent housing assistance, local housing affordability strategies, or employment opportunities are as follows:

More assistance from community residents, working with existing agencies and the homeless in direct, individual, one-on-one relationships such as role modelling; involvement of the homeless in planning on all levels.

Reporting and follow-up staff that involves close coordination within that particular group as well as analysis on a common-sense basis that can be channeled into action programs WITHIN A SPECIFIC TIME SCHEDULE.

2

### Part II: Ranking of Issues to be Addressed in the Federal Plan

In FY90 and FY91, staff of the Interagency Council on the Homeless conducted monitoring and evaluation meetings with focus groups in 47 states. Listed below are the issues most commonly raised during those meetings. Please review, list issues that you think should be addressed in addition to those listed and indicate, on a scale of 1 to 5, with 1 being highest priority and 5 being lowest priority, your preference in addressing in the Federal Plan.

___   Shortage of affordable housing options (accessibility, availability, suitability, problems posed by NIMBY)

_1_   Needs of working poor (jobs, sufficient income, health care, child care, transportation.

_1_   Need for adequate mental health treatment programs and more effective discharge policies by hospitals, prisons, the military and mental institutions.

_1_   Lack of adequate, appropriate treatment/aftercare programs for persons suffering from substance abuse, including single parents with minor children.

_1_   Concern over increasing numbers of homeless families.

_1_   Need for increased emphasis on preventing homelessness.

_2_   Lack of attention to issues related to rural homelessness, particularly transportation needs.

_1_   Need for increased emphasis on meeting the needs of homeless children and youth, particularly young males who cannot access traditional family shelters, adult shelters, or foster care.

_1_   Insufficient health care services coupled with increase of seriousness of health problems such as AIDS.

_1_   Inadequacy of State support, lack of overall anti-poverty policies.

_3_   Concerns over increasing homelessness among migrant workers/illegal aliens.

_2_   Need for transitional housing or supportive services for ex-offenders, parolees.

_1_   Inadequacy of services for victims of domestic violence and concern over increased incidence of domestic violence.

_1_   Declining public support for homeless programs.

 1   Need for affordable child care for single-parent families.

 2   Need for prevention/early diagnosis/outreach to veterans suffering from post-traumatic stress disorder (PTSD).

Please list and rank any additional concerns, issues you wish to see addressed:
Need for curricula that addresses every-day living and problem solving/approache
Need for inclusion into our school systems.

SPECIALLY DESIGNED HOME MANAGEMENT PROGRAMS

WHEREBY HOMES RECEIVE DIRECT ASSISTANCE FROM

PROVIDERS WHO HAVE SPECIALLY-TRAINED STAFF

WHO WORK WITHIN THE HOME, SCHEDULED ACCORDING

TO FAMILY NEED, AS DETERMINED BY ANALYSIS, ETC.

If you have any other recommendations, please attach additional sheets.


Thank you for your participation. By December 20, 1993 please return your completed form to:

>   Federal Plan
>   U.S. Department of Housing and Urban Development
>   451 7th Street, S.W. Suite 7274
>   Washington, D.C. 22410

If your mailing label is incorrect, please include changes or corrections with your completed form.

4

# CITY OF CHICAGO
# 1995-6 Empowerment Zone RFP Cover Sheet



Receipt # - for office use o...

Organization Name: __Tabernacle Foundation Outreach__

Address: __4120 S. Indiana Avenue, Suite # 301   Chicago,   IL   60653__
               number           street            city         state       zip

Phone: __536-8520__  Fax: ____

Contact Person: __Bobbie Warren__

Proposed Cluster Impacted: EZ   ☐ West   ☐ P/LV   ☒ South
                                  EC   ☐ West   ☐ Englewood ☐ Calumet

Initiative Area(s) Addressed:

| Primary (check one) | Secondary (check all that apply) |
|---|---|
| ☐ Cultural Diversity | ☐ Cultural Diversity |
| ☐ Linking Health and Human Services | ☐ Linking Health and Human Services |
| ☐ Affordable and Accessable Housing | ☒ Affordable and Accessable Housing |
| ☒ Economic Empowerment | ☐ Economic Empowerment |
| ☐ Public Safety | ☐ Public Safety |
| ☐ Youth Futures | ☐ Youth Futures |
| ☐ Capacity Building | ☐ Capacity Building |

Program Addressed (enter name/number): ____

Program Description:

____

____

____

____

| RFP Handling: | Transfer/Additional Destination | Date RFP Received (stamp) |
|---|---|---|
| Original Agency Destination | ☐ DPD   ☐ DCA | RECEIVED DEC 18 1995 |
| ☐ DPD   ☐ DCA | ☐ DHS   ☐ HLTH | |
| ☐ DHS   ☐ HLTH | ☐ DOH | |
| ☐ DOH | Date: ____ | |

## STATE OF ILLINOIS
## CIRCUIT COURT
### TWELFTH JUDICIAL CIRCUIT

EDWARD D. SMITH
WILL COUNTY COURTHOUSE
JOLIET, ILLINOIS 60431-1350

TO WHOM IT MAY CONCERN:

                        REF: Bobbie Warren

    I have been asked to give an employer reference for Bobbie Warren. I had the pleasure of working with Ms. Warren during the winter/spring of 1988-1989 in Juvenile Court, when Ms. Warren was assigned to my division as a Minute-Clerk. I always found Ms. Warren to be well-groomed, punctual, courteous, well-mannered, and a general pleasure to work with.

    Should you have any further questions whatsoever, please feel free to contact me at your convenience.

                                        Very truly yours,

                                        EDWARD D. SMITH
                                        Associate Judge

EDS/pjs

March 1, 1992

To whom it may concern:

RE: Bobbie Downing Warren
    Executive Secretary
    Construction Teamsters Trust Funds of Southern California
    El Monte, California

Ms. Warren's duties and responsibilities related directly to three Trust Funds: Security, Vacation, Training & Upgrading. For approximately three years, under the direction of the Regional Director/Administrator, Mr. James Ciucki, Ms. Warren performed as chief assistant to our Director/Administrator and rendered services, as follows:

1. Transferred large amounts of money routinely on a regular basis inaccordance with administrative banking procedures, government regulations and/or legal requirements; acted as liaison between Teamsters 75-100 Board Members, contracted accounting firms, legal counsel and other miscellaneous contractors. She provided leadership by developing systems and formats for administrative and accounting procedures.

2. Ms. Warren was the principle Board Meeting Coordinator for meetings in and out-of-town, preparing vast numbers of documentation, reserving lodging and meeting space for all attendees, planning meals/refreshments and controlling Board membership budgets — per diem rates, travel rates, etc.

3. She attended **all** meetings with the Regional Director in and out-of town without missing any meetings during her tenure.

Ms. Warren's knowledge of Trust Fund procedures and staff requirements was more than adequate. Her personal initiative was excellent.

Please contact me for further information if needed.

Yours truly,

*Glenn Sydnor*
Glenn Sydnor
(former Senior Auditor, Construction Teamsters Trust Fund of Southern CA.)

21211 Jimpson Way
Canyon Country, California 91351

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

__Bobbie Warren__
**PLAINTIFF**

VS.

__AARP, et al__
**DEFENDANT**

CASE NO. __08 C 1381__

**PROOF OF SERVICE**

**FILED**
AUG 1 2 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

TO: __AARP et al__

TO: __MetLife (LTC providers__

TO: __Linda Lanzo (Manager)__

I, the undersigned (plaintiff / defendant), certify that on the __12__ day of __August__, __2008__, I served a copy of this __2nd Objection To Motion to Dismiss__ to each person whom it is directed by way of __FAX (to Attorneys)__

Name __Bobbie Warren__
Address __1312 S. Finley Rd - Apt. 1-N (c/o A. Lewis)__
City/Zip __Lombard, IL (60148)__
Telephone __630-792-1319__