IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **BOBBIE WARREN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 1381 |
| | ) | |
| v. | ) | |
| | ) | **Judge Moran** |
| **AARP (Health Care Options) LONG-TERM INSURANCE & METLIFE (Providers); LINDA LANZA (Nurse Care Advisor),** | ) ) ) ) ) | **Magistrate Judge Schenkier** |
| | ) | |
| **Defendants.** | ) | |

### METLIFE'S AND LINDA LANZO'S REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants, METROPOLITAN LIFE INSURANCE COMPANY ("MetLife") and LINDA LANZO ("Nurse Lanzo"), by their attorneys, Michael J. Smith and Warren von Schleicher, hereby submit their Reply in Further Support of their Motion to Dismiss the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), and state as follows:

1.  MetLife and Nurse Lanzo stand on the legal arguments asserted in their Motion to Dismiss the Amended Complaint, which establish that Warren fails to state a cognizable claim against MetLife and Nurse Lanzo. Nurse Lanzo in particular should be dismissed as a defendant. The Amended Complaint fails to contain any allegations whatsoever that link Warren's alleged damages to any actionable conduct on the part of Nurse Lanzo, in her individual capacity. Nurse Lanzo is merely a nurse care manager employed by MetLife and cannot be individually liable for MetLife's contractual obligations under the insurance policy.

2.  MetLife and Nurse Lanzo file this Reply, moreover, in order to apprise the court of an inaccuracy in Warren's Response to the Motion to Dismiss the Amended Complaint ("Response") regarding the propriety of service upon AARP.

3.      In both the original Complaint and Amended Complaint, Warren names AARP as a defendant, in addition to MetLife and Nurse Lanzo. No appearance has been filed on behalf of AARP, because AARP has not been properly served with the Summons and Complaint.

4.      Warren, in her Response, continues to assert that she served AARP. Warren, however, merely attempted to obtain service on AARP by delivering the Summons and Complaint to MetLife. MetLife is not the registered agent for AARP, and is not authorized to accept service of summons on AARP's behalf. Warren, therefore, failed to serve AARP.

5.      Finally, MetLife, in its November 12, 2007 letter declining Warren's claim, advised Warren of her right to appeal MetLife's decision. MetLife provided Warren with a Benefit Authorization Appeal Form for her physician to complete and return to MetLife, so that MetLife could evaluate Warren's claim for benefits. Warren, however, failed to return the Benefit Authorization Appeal Form to MetLife and failed to avail herself of the appeal procedures.

6.      MetLife represents that it remains willing to evaluate Warren's appeal in order to address her eligibility for benefits, and requests that Warren provide MetLife with the requisite authorizations to obtain the necessary records to evaluate her eligibility for benefits.

WHEREFORE, defendants, METROPOLITAN LIFE INSURANCE COMPANY and LINDA LANZO, respectfully request that the court enter an order dismissing the Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

| | |
|---|---|
| Michael J. Smith | Respectfully submitted, |
| Warren von Schleicher | |
| Smith, von Schleicher & Associates | |
| 39 S. LaSalle St., Suite 1005 | By:   /s/ Warren von Schleicher            |
| Chicago, Illinois 60603 | Attorney for Defendants, Metropolitan Life |
| (312) 541-0300 | Insurance Company and Linda Lanzo |

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following individuals:

Bobbie Warren
c/o Alicia Lewis
1312 S. Finley Rd, Apt. 1-N
Lombard, Illinois  60148-4342

        Respectfully submitted,

        /s/ Warren von Schleicher
        Smith, von Schleicher & Associates
        39 S. LaSalle St., Suite 1005
        Chicago, Illinois  60603
        (312) 541-0300
        (312) 541-0933 Facsimile
        E-Mail: warren.vonschleicher@svs-law.com
        ARDC #6197189